# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

_____

|  |  |
|---|---|
|  | **March 2022 GRAND JURY**<br>**(Impaneled 3/25/2022)** |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | **Violation:**<br>Title 18, United States Code,<br>Sections 1201(a)(1) and 2<br>(1 Count) |
| **ANTHONY NEUBAUER** |  |

### COUNT 1

#### (Kidnapping Resulting in Death)

#### The Grand Jury Charges That:

On or about May 27, 2014, in the Western District of New York, and elsewhere, the defendant, **ANTHONY NEUBAUER**, did knowingly, intentionally, and unlawfully seize, confine, inveigle, decoy, and carry away and otherwise hold J.A., a person known to the Grand Jury, for some purpose and benefit, and in committing and in furtherance of the commission of the offense, did willfully transport J.A. in interstate commerce from New York to Pennsylvania, resulting in the death of J.A.

**All in violation of Title 18, United States Code, Sections 1201(a)(1) and 2**

DATED:  Buffalo, New York, March 23, 2023.

TRINI E. ROSS
United States Attorney

BY:    S/MICHAEL J. ADLER
MICHAEL J. ADLER
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
716-843-5857
Michael.Adler@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON

2